# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152511-3(77)

CITIZENS BANK, n/k/a FIRSTMERIT BANK, N.A.,
               Plaintiff-Appellee,

v

RANDIE K. BLACK,
               Defendant-Appellant.
_____/

SC: 152511
COA: 318107
Ingham CC: 13-000866-AV

CITIZENS BANK, n/k/a FIRSTMERIT BANK, N.A.,
               Plaintiff/Counter Defendant-Appellee,

v

RANDIE K. BLACK,
               Defendant/Counter Plaintiff-Appellant,
and

BLACK LAW OFFICES,
               Defendant/Counter Plaintiff.
_____/

SC: 152512
COA: 318981
Ingham CC: 11-001186-CK

BLACK LAW OFFICES, P.C.,
               Plaintiff,
and

RANDIE K. BLACK,
               Plaintiff-Appellant,

v

CITIZENS BANK, n/k/a FIRSTMERIT BANK, N.A.,
               Defendant-Appellee,
and

JOHN DOE 1 THROUGH 10,
               Defendants.
_____/

SC: 152513
COA: 318982
Ingham CC: 11-000017-CZ

On order of the Chief Justice, the motion of appellee FirstMerit Bank, N.A., to extend the time to file its answer to the application for leave to appeal is GRANTED. The answer submitted on November 23, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2015



Clerk